# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MANETIRONY CLERVRAIN

VERSUS

TAE D. JOHNSON, ET AL.

CIVIL ACTION

22-244-SDD-RLB

### RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., on May 10, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the claims alleged in the *Complaint*[3] are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Settlement Agreement Against Secretive Criminals by [Invoking] the National Regulatory Treaties Act ("NIRTA"),[4] Plaintiff's Motion for Humanitarian Reasons or Assure Family Unity in the Public Interest by National Treatment Principal Act ("NTPA"),[5] Plaintiff's Motion for Manifest Injustice Act ("MIA") or Electronic Filing Act [or] Opposition by Secure Academic

---

[1] Rec. Docs. 3, 4, 5 and 6.
[2] Rec. Doc. 8.
[3] Rec. Doc. 1.
[4] Rec. Doc. 3.
[5] Rec. Doc. 4.

Resources Technology Act ("SARTA"),[6] and Plaintiff's Motion for Opposition or Criminal Intent and/or Malicious Against Freedom of Speech, by the Ant's Freedom Act ("TAFA")[7] are DENIED AS MOOT.

      **IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an IFP appeal in this action cannot be taken in good faith.

      Signed in Baton Rouge, Louisiana the  25th  day of May, 2022.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[6] Rec. Doc. 5.
[7] Rec. Doc. 6.